# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHELLE KAFFKO,

    Plaintiff,

v.

QUEPASA CORPORATION,

    Defendant.

2:11-CV-1253 JCM (CWH)

## ORDER

Presently before the court is defendant Quepasa Corporation's combined motion to dismiss, motion for summary judgment, or alternatively, motion to change venue. (Doc. #23). The clerk of the court, pursuant to local rule, severed the combined motion into two different motions. Plaintiff Michelle Kaffko opposed both motions and Quepasa replied. After briefing was complete on the two motions, Kaffko withdrew her opposition to the motion to transfer venue and entered a notice of non-opposition. (Doc. #50).

Both parties represent that necessary witnesses and documentary evidence reside in the Southern District of Florida. The parties both agree that it is more expedient and in the best interest of judicial economy to litigate this case in the Southern District of Florida.

Good cause appearing from the parties' representations, this court finds it proper to transfer venue to the Southern District of Florida. This court does not pass judgment on the merits of either the motion to dismiss or the motion for summary judgment.,

**James C. Mahan**
**U.S. District Judge**

1   Therefore,

2   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendant's motion to

3   transfer venue (doc. #25) be, and the same hereby is, GRANTED.

4   DATED November 4, 2011.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -